UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOHN TIPTON, *et al.*, | ) |
| | ) Case No.  1:18-cv-00140-SNLJ |
| Plaintiff, | ) |
| v. | ) In re: Dicamba Herbicides Litigation |
| | ) Case no. 1:18-md-02820-SNLJ |
| MONSANTO COMPANY, *et al.*, | ) |
| | ) MDL 2820 |
| Defendants. | ) |

### ORDER OF DISMISSAL

This matter is before the Court on plaintiffs' Voluntary Dismissal [Doc. 21]. Plaintiffs state that all matters and controversies herein have been compromised and settled, and they seek to dismiss their claims individually and collectively against all defendants, with each party bearing its own costs.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, with each party bearing its own costs.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 24th day of September, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE